# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO J. TORRES, | Case No. 1:13-cv-00785-SAB PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
| v. | |
| GOV. JERRY BROWN, | |
| Defendant. | (ECF No. 8) |

Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge on June 3, 2013.  Local Rule 302.

Plaintiff filed the instant action on May 24, 2013.  On February 21, 2014, the Court screened and dismissed Plaintiff's complaint, with leave to amend, for failure to state a cognizable claim for relief.  The thirty day deadline for filing an amended complaint has passed and Plaintiff has not complied with or otherwise responded to the Court's order.  Indeed, the Court's February 21, 2014, order was returned as "undeliverable" with a notation that Plaintiff had paroled.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

///

1    Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), it is HEREBY
2 ORDERED that this action is dismissed, with prejudice, based on Plaintiff's failure to state any
3 claims upon which relief may be granted under section 1983.

5 IT IS SO ORDERED.

6    Dated:   **April 25, 2014**

7                                                           UNITED STATES MAGISTRATE JUDGE